UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DEMETRIA CLARE-LUNNY

                                                        Plaintiff,

    **-v.-**

                                                     Civil Action No.
                                                     6:14-cv-425 (GLS/ATB)

LUCILLE SOLDATO, Commissioner
"Employee" of Department of Social
Services

                                                       Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                                OF COUNSEL:

**FOR THE PLAINTIFF:**

DEMETRIA CLARE-LUNNY
*Pro Se*
1309 Elm Street
Private #1 Cottage
Utica, New York 13501

**FOR THE DEFENDANT:**

No Appearances Made


GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed August

11, 2014. Following fourteen days from the service thereof, the Clerk has

sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed August 11, 2014 (Dkt. No. 7) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that plaintiff's complaint is dismissed WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim; and it is further

ORDERED that the Clerk of the Court is directed to close this case; and it is further

ORDERED that the Clerk provide a copy of this Order upon the plaintiff by certified mail.

IT IS SO ORDERED.

Dated: September 8, 2014
        Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court